STATE OF NEW JERSEY, RESPONDENT, v. GEORGE BIEHL AND OTHERS, APPELLANTS.

Argued January 20, 1948—Decided January 27, 1948.

Before CASE, CHIEF JUSTICE, and Justice BURLING.

For the state, *Horace K. Roberson,* Prosecutor of the Pleas for Hudson County, and *William P. Gannon,* Assistant Prosecutor.

For the appellants, *Maurice C. Brigadier.*

PER CURIAM.

This is a motion to dismiss the appeal of the same title numbered 2 of this term. The main case is not moved, although the appeal was listed for argument at the October term, 1947, and argument then postponed at the appellants' request with the specific instruction that the argument should be moved at this term. There is no course but to dismiss the appeal. That will be the order.